■ SANFORD MOHEL, Respondent, v GAVRIEL PLAZA, INC., et al., Defendants, and HIGHLAND BUILDERS GROUP, LLC, Appellant. (And a Third-Party Action.) [998 NYS2d 337]—Order,

Supreme Court, Bronx County (Laura G. Douglas, J.), entered May 30, 2013, which, upon granting defendant Highland Builders Group, LLC's (Highland) motion for reargument, adhered to its prior order conditionally striking its answer and only modified the conditions, unanimously affirmed, without costs.

The record supports the motion court's conditional order striking Highland's answer if it did not comply with the stated conditions, given Highland's repeated failure to properly respond to plaintiff's notice for discovery and inspection, and its failure to produce its sole member for deposition in New York (*see Arts4All, Ltd. v Hancock*, 54 AD3d 286 [1st Dept 2008], *affd* 12 NY3d 846 [2009], *cert denied* 559 US 905 [2010]; *Cespedes v Mike & Jac Trucking Corp.*, 305 AD2d 222, 222-223 [1st Dept 2003]).

Plaintiff was under no obligation to consent to a deposition of Highland's member, who resided in Israel, by video conference (*see* CPLR 3113 [d]). Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Clark, JJ.